McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAI LIU, | ) | CV 07-CV-S-103 DFL KJM |
|       Plaintiff, | ) | |
| v. | ) | |
| Michael Chertoff, et al. | ) | **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |
|       Defendants. | ) | |

Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization, pursuant to 8 U.S.C. § 1447(b). Defendants respectfully inform the Court that plaintiff Liu's application is currently pending clearance by the Federal Bureau of Investigations. Under current protocol, all applications for naturalization are routed through the FBI for security checks, a process over which the named agency, Citizenship and Immigration Services has no control. Once the FBI has completed the security checks, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiff's application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a motion to remand to the agency with instructions to complete adjudication of the application. An expedite request has been placed with the FBI. Defendants expect this expedited security check to be completed within an additional 60 days, and therefore request an extension until May 16, 2007. This is defendants' first request for an extension in this case.

Dated: March 16, 2007                                  Respectfully Submitted,

                                                       McGREGOR W. SCOTT
                                                       United States Attorney


                                       By:     /s/Audrey Hemesath
                                               Audrey B. Hemesath
                                               Assistant U.S. Attorney
                                               Attorneys for the Defendants


## ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on May16, 2007.

   IT IS SO ORDERED.

DATED: May 22, 2007
       (*nunc pro tunc* to March 16, 2007)


_____
U.S. MAGISTRATE JUDGE