McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAI LIU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, et al. ) <br> ) <br> ) <br> Defendants. ) <br> _____) | CV 07-CV-S-103 DFL KJM <br><br><br><br> **DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |

Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization, pursuant to 8 U.S.C. § 1447(b). On March 13, 2007, defendants filed an initial request for an extension of time in which to file an answer to the complaint, indicating that while an expedite had been requested, plaintiff's background name check remained pending with the Federal Bureau of Investigation. As of the date of filing of this second request for an extension of time in which to file an answer to the complaint, the background name check has not been completed. U.S. Citizenship and Immigration Services is prepared to complete adjudication of the naturalization application promptly upon the return of the background name check, but is unable to proceed without this security check. 8 C.F.R. § 335.1.

For this reason, defendants request a second extension of time in which to either file an answer to the complaint or a motion to remand to the agency with instructions to complete adjudication of the application. Defendants expect this expedited security check to be completed within an additional 60 days, and therefore request an extension until July 16, 2007.

| | |
|---|---|
| Dated: May 15, 2007 | Respectfully Submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| By: | /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Defendants |

### ORDER

Pursuant to this Second Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 16, 2007. The scheduling conference, currently set for June 6, 2007, is vacated and reset to September 12, 2007 at 10 a.m.

IT IS SO ORDERED.

DATED: May 22, 2007.

_____
U.S. MAGISTRATE JUDGE

-2-